**91–2201.** Columbus Bar Assn. v. Downey. On letter of reconsideration. Jacqueline Souel Downey is granted leave to pay board costs in installments; her request for waiver of the CLE requirement is denied.

**92–874.** In re Timonere. On response to show cause order. James Timonere is found in contempt.

## *Thursday, September 24, 1992*
## MERIT DOCKET

**92–1676.** State ex rel. Barth v. Hamilton Cty. Bd. of Elections. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration of respondents' motion to dismiss and the motion of Guy C. Guckenberger to intervene as a respondent,

IT IS ORDERED by the court that respondents' motion to dismiss be, and the same is hereby, overruled.

SWEENEY, J., dissents.

DOUGLAS, J., dissents and would grant the motion to dismiss pursuant to R.C. 3501.11.

IT IS FURTHER ORDERED by the court that the motion of Guy C. Guckenberger to intervene be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that a writ of prohibition be, and the same is hereby, denied, consistent with the opinion to follow.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., would dismiss this cause.

## MOTION DOCKET

**91–2137.** State v. Campbell. *Hamilton County*, No. C–890330. On motion to unseal documents. Motion granted.

**92–115.** Pons v. Ohio State Med. Bd. *Franklin County*, No. 91AP–746. On motion to seal. Motion granted.

On motion for leave to file *amicus* of Ohio State Medical Association et al. Motion granted.

**92–557.** Ohio State Med. Bd. v. Murray. *Franklin County*, No. 91AP–519. On motion to seal. Motion granted.

**92–1582.** State ex rel. Horowitz v. Court of Common Pleas of Cuyahoga County, Probate Div. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. By entry dated August 25, 1992, this court ordered a stay of a hearing scheduled for August 25, 1992, before Judge John E. Corrigan, Cuyahoga County Common Pleas Court, Probate Division. Upon consideration of the motion of respondent, city of Cleveland, for reconsideration of the court's entry of August 25, 1992,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that the stay issued by this court on August 25, 1992 applies only to case No. 1076468, and that a hearing may proceed in case No. 1076466, *City of Cleveland v. George Maloof et al.*, before the Probate Division of the Cuyahoga County Common Pleas Court.

H. BROWN and RESNICK, JJ., dissent.

**92–1676.** State ex rel. Barth v. Hamilton Cty. Bd. of Elections. In Prohibition. On motion for leave to intervene of Secretary of State. Motion granted.